En el Tribunal Supremo de Puerto Rico

| In re:                    | Queja       |
|---------------------------|-------------|
| Lcdo. Rafael Rivera Fuster | 99 TSPR 137 |

Número del Caso: AB-98-151

Oficina Procurador General: Lcda. Iris M. Barreto Saavedra
                            Procuradora General Auxiliar

Abogado del Querellado:     Por Derecho Propio

Fecha: 9/10/1999

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial
del Tribunal Supremo que está sujeto a los
cambios y correciones del proceso de compilación
y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcdo. Rafael Rivera Fuster          AB-98-151

Sala Especial de Verano integrada por su Presidente el Juez Asociado señor Negrón García, la Jueza Asociada señora Naveira de Rodón y el Juez Asociado señor Corrada del Río

RESOLUCIÓN

San Juan, Puerto Rico, a 10 de septiembre de 1999

Visto los términos de nuestra Per Curiam del 14 de junio de 1999, y habiendo transcurrido la sanción disciplinaria de suspensión de un (1) mes de la práctica de la abogacía –a partir de su firmeza–, se autoriza efectivo hoy su reinstalación a la práctica de la abogacía.

Se le apercibe del deber en el futuro de extremar sus diligencias en el descargo de su gestión profesional y a cumplir con los demás requisitos reglamentarios en torno al cambio de direcciones.

Se instruye a la Secretaría de este Tribunal que tome constancia de la nueva dirección de su oficina.

Notifíquese por escrito y vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno

Secretaria del Tribunal Supremo